**From:** john Athans [mailto:jathans@bigpond.net.au]
**Sent:** Wednesday, May 24, 2006 8:33 AM
**To:** jkehoe@panoramalabs.com
**Subject:** RE: Contract Extensions

Hi Jim

Have got visitors

Will ring you in the morning – if that's OK

Regards

John

---

**From:** Jim Kehoe [mailto:jkehoe@panoramalabs.com]
**Sent:** Wednesday, 24 May 2006 08:43
**To:** 'john Athans'
**Subject:** RE: Contract Extensions

Hi John,

I never thought that was the case, and I wasn't personally concerned. But I do know the reaction of at least a few individuals will not be at all good…

I'll await your call.

Jim

---

**From:** john Athans [mailto:jathans@bigpond.net.au]
**Sent:** Tuesday, May 23, 2006 8:19 PM
**To:** jkehoe@panoramalabs.com
**Cc:** Athans & Taylor; ST Synergy
**Subject:** RE: Contract Extensions

Hi Jim

12/14/2006

Will call you tonight to discuss – but be assured there are no mass sackings !!

Regards

John