Index # 07 civ. 3168

Purchased/Filed: April 20, 2007

# AFFIDAVIT OF SERVICE ON A CORPORATION BY THE SECRETARY OF STATE

| State of New York | U. S. District Court | Southern Dist. County |
|---|---|---|

James L. Kehoe and J.Duncan Urquhart                    Plaintiff

against

Panorama Labs PTY, Limited, Et al                    Defendant

STATE OF NEW YORK )
COUNTY OF ALBANY ) SS
CITY OF ALBANY        )

**DESCRIPTION OF PERSON SERVED:**    Approx. Age: 45 yrs

Weight: 155 Lbs  Height:    5'5    Sex: Female  Color of skin:    White

Hair color:  Blonde  Other: _____

_____ Robin Brandow _____ , being duly sworn, deposes and says: deponent is over

the age of eighteen (18) years; that on _____ May 1, 2007 _____ , at   12:00pm  , at the office of the

Secretary of State of the State of New York in the City of Albany, New York deponent served the annexed

Summons and Complaint With Supporting Documents                    on

Panoramaflat Limited                    , the

Defendant in this action, by delivering to and leaving with _____ Donna Christie _____ ,

AUTHORIZED AGENT in the Office of the Secretary of State, of the State of New York, personally at the

Office of the Secretary of State of the State of New York, two (2) true copies thereof and that at the time of

making such service, deponent paid said Secretary of State a fee of _____ 40.00 _____ dollars; That said service

was made pursuant to Section  BUSINESS CORPORATION LAW §306 .

Deponent further says that deponent knew the person so served as aforesaid to be the agent in the Office

of the Secretary of State of the State of New York, duly authorized to accept such service on behalf of said

defendant.

Sworn to before me on this

 1st   day of _____ May, 2007 _____

_____
FAITH COZZY
NOTARY PUBLIC, State of New York
No. 01CO6158874, Albany County
Commission Expires Jan 8, 2011

_____
Robin  Brandow

**Invoice•Work Order #** 0709420