**Track Shipments**
# Detailed Results

**?** Quick Help

*07 cv. 3168*

| | | | |
|---|---|---|---|
| **Tracking number** | 861132839953 | **Reference** | 03839-55,360 pap |
| **Signed for by** | .ANNABELL | **Destination** | bentley AU |
| **Ship date** | May 1, 2007 | **Delivered to** | Receptionist/Front Desk |
| **Delivery date** | May 4, 2007 9:58 AM | **Service type** | International Priority Service |
| | | **Weight** | 0.9 lbs. |

**Status** Delivered

**Signature image available** Yes

*[Stamp: U.S. DISTRICT COURT FILED MAY 22 2007 S.D. OF N.Y. W.P.]*

*Proof of Service*

| Date/Time | | Activity | Location | Details |
|---|---|---|---|---|
| May 4, 2007 | 9:58 AM | Delivered | bentley AU | |
| | 9:11 AM | On FedEx vehicle for delivery | BELMONT AU | |
| | 8:31 AM | At local FedEx facility | BELMONT AU | |
| May 3, 2007 | 11:06 PM | In transit | ALEXANDRIA AU | |
| | 6:10 PM | In transit | ALEXANDRIA AU | Package available for clearance |
| May 2, 2007 | 10:15 AM | In transit | HONOLULU, HI | |
| | 2:10 AM | Departed FedEx location | MEMPHIS, TN | |
| | 12:53 AM | Arrived at FedEx location | MEMPHIS, TN | |
| | 12:05 AM | Departed FedEx location | NEWARK, NJ | |
| May 1, 2007 | 8:21 PM | Left origin | ELMSFORD, NY | |
| | 5:32 PM | Picked up | ELMSFORD, NY | |

[ Signature proof ]　　[ E-mail results ]　　[ Track more shipments ]

**Subscribe to tracking updates (optional)**

**Your Name:** _____　　**Your E-mail Address:** _____

| E-mail address | Language | Exception updates | Delivery updates |
|---|---|---|---|
| | English | ☐ | ☐ |
| | English | ☐ | ☐ |
| | English | ☐ | ☐ |
| | English | ☐ | ☐ |

**Select format:** ● HTML ○ Text ○ Wireless
**Add personal message:**

Not available for Wireless or non-English characters.

☐ By selecting this check box and the Submit button, I agree to these Terms and Conditions　　　　Submit

RETAIN THIS COPY FOR YOUR RECORDS.   SRF

**Sender's Copy**

# FedEx International Air Waybill
For FedEx services worldwide.

## 1 From *Please print and press hard.*

Date: [illegible]
Sender's FedEx Account Number: 1183-4380-8

Sender's Name: RICHARD M MAHON II   Phone: (845) 565-1100

Company: TARSHIS CATANIA LIBERTH MAHON & MILLIGRAM

Address: ONE CORWIN COURT

City: NEWBURGH   State/Province: NEW YORK   ZIP/Postal Code: 12550

Country: UNITED STATES

## 2 To

Recipient's Name: ____   Phone: ____

Company: PANORAMA LABS PTY LIMITED

Address: 1 SARICH WAY   Dept/Floor: ____

Address: TECHNOLOGY PARK

City: BENTLEY   State/Province: WA   ZIP/Postal Code: 6102

Country: AUSTRALIA

Recipient's Tax ID Number for Customs Purposes

## 3 Shipment Information
For EU Only: Tick here if goods are not in free circulation and provide C.I.

Total Packages: ____   Total Weight: ____ lbs / ____ kg   ____ / ____ / ____ DIM in./cm

| Commodity Description DETAIL REQUIRED | Harmonized Code | Country of Manufacture | Value for Customs REQUIRED |
|---|---|---|---|
| LEGAL DOCUMENT | | | $1.00 |

Total Declared Value for Carriage: ____   Total Value for Customs (Specify Currency): $1.00

Has EEI/SED been filed in AES? For U.S. Export Only: Check One
No EEI/SED required, value $2,500 or less per Sch. B Number, no license required (NLR), not subject to ITAR.
No EEI/SED required, enter exemption number: ____
If other than NLR, enter License Exception: ____
Yes — Enter AES proof of filing citation: ____

## 4 Express Package Service
Packages up to 150 lbs. / 68 kg
For packages over 150 lbs. (68 kg), use the FedEx Expanded Service Intl. Air Waybill.

[X] FedEx Intl. Priority
[ ] FedEx Intl. First — Available to select locations. Higher rates apply.
[ ] FedEx Intl. Economy — FedEx Envelope and FedEx Pak rate not available.

## 5 Packaging
*These unique brown boxes with special pricing are provided by FedEx for FedEx Intl. Priority only.

[X] FedEx Envelope   [ ] FedEx Pak   [ ] FedEx Box*   [ ] FedEx Tube
[ ] Other   [ ] FedEx 10kg Box*   [ ] FedEx 25kg Box*

## 6 Special Handling
[ ] HOLD at FedEx Location — Available to select locations for FedEx Intl. Priority only.
[ ] SATURDAY Delivery — Available to select locations for FedEx Intl. Priority.

## 7a Payment *Bill transportation charges to:*
Enter FedEx Acct. No. or Credit Card No. below.

[X] Sender Acct. No. in Section 1 will be billed.
[ ] Recipient   [ ] Third Party   [ ] Credit Card   [ ] Cash/Check/Cheque

FedEx Acct. No.: ____
Credit Card No.: ____
Credit Card Exp. Date: ____

FedEx Use Only

## 7b Payment *Bill duties and taxes to:*
Enter FedEx Acct. No. below.

[X] Sender Acct. No. in Section 1 will be billed.
[ ] Recipient   [ ] Third Party

FedEx Acct. No.: ____

## 8 Your Internal Billing Reference
03839-55,360 pap[illegible]

First 24 characters will appear on invoice.

## 9 Required Signature
Use of this Air Waybill constitutes your agreement to the Conditions of Contract on the back of this Air Waybill, and you represent that this shipment does not require a U.S. State Department License or contain dangerous goods. Certain international treaties, including the Warsaw Convention, may apply to this shipment and limit our liability for damage, loss, or delay, as described on the Conditions of Contract. Warning: These commodities, technology, or software were exported from the United States in accordance with Export Administration Regulations. Diversion contrary to U.S. law prohibited.

Sender's Signature: [signature]
This is not authorization to deliver this shipment without a recipient signature.

ALL shipments may be subject to Customs charges, which FedEx does not estimate prior to clearance.

For Completion Instructions, see back of fifth page.

FedEx Tracking Number: 8611 3283 9953   Form ID No.: ____

Ship and track packages at fedex.com

Questions? Go to our Web site at fedex.com.
Or in the U.S., call 1.800.247.4747. Outside the U.S., call your local FedEx office.

The terms and conditions of service may vary from country to country. Consult our local office for specific information. Non-Negotiable International Air Waybill • ©1994–2006 FedEx

521
PART 158410•Rev. Date 4/06
©1994–2006 FedEx
PRINTED IN U.S.A.
0402

Not all services and options are available to all destinations. Dangerous goods cannot be shipped using this Air Waybill.