Track Shipments
# Detailed Results

Quick Help

| | | | |
|---|---|---|---|
| **Tracking number** | 861132839964 | **Reference** | 03839-55.360 PAP |
| **Signed for by** | .CHRIS | **Destination** | BALCATTA AU |
| **Ship date** | May 1, 2007 | **Delivered to** | Receptionist/Front Desk |
| **Delivery date** | May 4, 2007 12:40 PM | **Service type** | Priority Envelope |
| | | **Weight** | 0.9 lbs. |

**Status**  Delivered

**Signature image available**  Yes

07CV3168

U.S. DISTRICT COURT FILED MAY 22 2007 S.D. OF N.Y. W.P.

Proof of Service

| Date/Time | | Activity | Location | Details |
|---|---|---|---|---|
| May 4, 2007 | 12:40 PM | Delivered | BALCATTA AU | |
| | 8:59 AM | On FedEx vehicle for delivery | BELMONT AU | |
| | 8:30 AM | At local FedEx facility | BELMONT AU | |
| May 3, 2007 | 11:06 PM | In transit | ALEXANDRIA AU | |
| | 6:20 PM | In transit | ALEXANDRIA AU | Package available for clearance |
| May 2, 2007 | 10:15 AM | In transit | HONOLULU, HI | |
| | 2:10 AM | Departed FedEx location | MEMPHIS, TN | |
| | 12:53 AM | Arrived at FedEx location | MEMPHIS, TN | |
| | 12:05 AM | Departed FedEx location | NEWARK, NJ | |
| May 1, 2007 | 8:21 PM | Left origin | ELMSFORD, NY | |
| | 5:32 PM | Picked up | ELMSFORD, NY | |

[ Signature proof ]   [ E-mail results ]   [ Track more shipments ]

Subscribe to tracking updates (optional)

Your Name: _____    Your E-mail Address: _____

| E-mail address | Language | | Exception updates | Delivery updates |
|---|---|---|---|---|
| | English | | ☐ | ☐ |
| | English | | ☐ | ☐ |
| | English | | ☐ | ☐ |
| | English | | ☐ | ☐ |

Select format: ● HTML ○ Text ○ Wireless
Add personal message:
Not available for Wireless or non-English characters.

☐ By selecting this check box and the Submit button, I agree to these Terms and Conditions

Submit

# FedEx International Air Waybill

**Express** — For FedEx services worldwide.

## 1 From *Please print and press hard.*

- **Date:**
- **Sender's FedEx Account Number:** 1183-4380-8
- **Sender's Name:** RICHARD M MAHON II
- **Phone:** (845) 565-1100
- **Company:** TARSHIS CATANIA LIBERTH MAHON & MILLIGRAM
- **Address:** ONE CORWIN COURT
- **Country:** UNITED STATES
- **City:** NEWBURGH
- **State/Province:** NEW YORK
- **ZIP/Postal Code:** 12550

## 2 To

- **Recipient's Name:**
- **Phone:**
- **Company:** PANORAMA LABS PTY LIMITED
- **Address:** 17 FOLEY STREET
- **Dept/Floor:**
- **Address:**
- **Country:** AUSTRALIA
- **City:** BALCATTA
- **State/Province:** WA
- **ZIP/Postal Code:** 6021
- Recipient's Tax ID Number for Customs Purposes (e.g. GST/RFC/VAT/IN/EIN/ABN, or as locally required):

## 3 Shipment Information

- **Total Packages:** 
- **Total Weight:** lbs / kg
- **DIM:** in / cm
- **Commodity Description:** LEGAL DOCUMENT
- **Harmonized Code:**
- **Country of Manufacture:**
- **Value for Customs:** REQUIRED — $1.00
- For EU Only: Tick here if goods are not in free circulation and provide C.I. ☐
- Total Declared Value for Carriage: $1.00
- Total Value for Customs (Specify Currency): $1.00

Has EEI/SED been filed in AES? *For U.S. Only; Check One*
- ☐ No EEI/SED required, value $2,500 or less per Sch. B Number, no license required (NLR), not subject to ITAR.
- ☐ EEI/SED required, enter exemption number.
- ☐ Yes — Enter AES proof of filing citation:
- If other than NLR, enter License Exception:

## 4 Express Package Service

- ☒ FedEx Int'l Priority
- ☐ FedEx Int'l First
- ☐ FedEx Int'l Economy

## 5 Packaging

- ☒ FedEx Envelope
- ☐ FedEx Pak
- ☐ FedEx Box
- ☐ FedEx Tube
- ☐ FedEx 10kg Box
- ☐ FedEx 25kg Box
- ☐ Other

## 6 Special Handling

- ☐ HOLD at FedEx Location
- ☐ SATURDAY Delivery

## 7a Payment — Bill transportation charges to:

- ☒ Sender — Acct. No. in Section 1 will be billed.
- ☐ Recipient
- ☐ Third Party
- ☐ Credit Card
- ☐ Cash/Check/Cheque
- FedEx Acct. No.
- Credit Card No.
- Credit Card Exp. Date

## 7b Payment — Bill duties and taxes to:

- ☒ Sender — Section 1 will be billed.
- ☐ Recipient
- ☐ Third Party
- FedEx Acct. No.

## 8 Your Internal Billing Reference

03839-55,360 pap

## 9 Required Signature

Signature: *Laurna Mahon*

**FedEx Tracking Number:** 8611 3283 9964

**Form ID No.:** 0402

PART 158410 Rev. Date 4/06
©1994–2006 FedEx
PRINTED IN U.S.A.

**521**

**Sender's Copy** — RETAIN THIS COPY FOR YOUR RECORDS.