# Track Shipments
## Detailed Results

**Quick Help**

| | | |
|---|---|---|
| **Tracking number** | 861132839997 | |
| **Signed for by** | .CHRIS | |
| **Ship date** | May 1, 2007 | |
| **Delivery date** | May 4, 2007 12:40 PM | |

| | |
|---|---|
| **Reference** | 03839-55.360 PAP |
| **Destination** | BALCATTA AU |
| **Delivered to** | Receptionist/Front Desk |
| **Service type** | Priority Envelope |
| **Weight** | 0.9 lbs. |

**Status** Delivered

**Signature image available** Yes

*07CV 3168*

*U.S. DISTRICT COURT FILED MAY 22 2007 S.D. W.P. OF N.Y.*

*Proof of Service*

| Date/Time | | Activity | Location | Details |
|---|---|---|---|---|
| May 4, 2007 | 12:40 PM | Delivered | BALCATTA AU | |
| | 9:00 AM | On FedEx vehicle for delivery | BELMONT AU | |
| | 8:30 AM | At local FedEx facility | BELMONT AU | |
| May 3, 2007 | 11:06 PM | In transit | ALEXANDRIA AU | |
| | 6:21 PM | In transit | ALEXANDRIA AU | Package available for clearance |
| May 2, 2007 | 10:15 AM | In transit | HONOLULU, HI | |
| | 2:10 AM | Departed FedEx location | MEMPHIS, TN | |
| | 12:53 AM | Arrived at FedEx location | MEMPHIS, TN | |
| | 12:05 AM | Departed FedEx location | NEWARK, NJ | |
| May 1, 2007 | 8:21 PM | Left origin | ELMSFORD, NY | |
| | 5:32 PM | Picked up | ELMSFORD, NY | |

[ Signature proof ]　[ E-mail results ]　[ Track more shipments ]

**Subscribe to tracking updates (optional)**

Your Name: _____　　Your E-mail Address: _____

| E-mail address | Language | | Exception updates | Delivery updates |
|---|---|---|---|---|
| | English | | ☐ | ☐ |
| | English | | ☐ | ☐ |
| | English | | ☐ | ☐ |
| | English | | ☐ | ☐ |

**Select format:** ⦿ HTML ◯ Text ◯ Wireless

**Add personal message:**

Not available for Wireless or non-English characters.

☐ By selecting this check box and the Submit button, I agree to these Terms and Conditions

[ Submit ]

RETAIN THIS COPY FOR YOUR RECORDS.

**Sender's Copy**

SRF

Not all services and options are available to all destinations. Dangerous goods cannot be shipped using this Air Waybill.

PART 158410•Rev. Date 4/06
©1994–2006 FedEx
PRINTED IN U.S.A.

521  0402

# FedEx International Air Waybill
For FedEx services worldwide.

## 1 From  *Please print and press hard.*

**Date:**

**Sender's FedEx Account Number:** 1183-4380-8

**Sender's Name:** RICHARD M MAHON II    **Phone:** (845) 565-1100

**Company:** TARSHIS CATANIA LIBERTH MAHON & MILLIGRAM

**Address:** ONE CORWIN COURT

**Address:**

**City:** NEWBURGH    **State/Province:** NEW YORK    **ZIP/Postal Code:** 12550

**Country:** UNITED STATES

## 2 To

**Recipient's Name:** JOHN ATHANS    **Phone:**

**Company:** C/O ST SYNERGY LIMITED

**Address:** 17 FOLEY STREET    SUITE 3    **Dept./Floor:**

**Address:**

**City:** BALCATTA    **State/Province:** WA    **ZIP/Postal Code:** 6021

**Country:** AUSTRALIA

**Recipient's Tax ID Number for Customs Purposes**
e.g. GST/RFC/VAT/IN/EN/ABN, or as locally required.

## 3 Shipment Information

☐ For EU Only: Tick here if goods are not in free circulation and provide C.I.

**Total Packages**    **Total Weight**  lbs. ☐ kg ☐    **DIM** ___ / ___ / ___ in. ☐ cm ☐

**Commodity Description** DETAIL REQUIRED: LEGAL DOCUMENT

**Harmonized Code** | **Country of Manufacture** | **Value for Customs** REQUIRED $1.00

**Total Declared Value for Carriage** | **Total Value for Customs** (Specify Currency) $1.00

**Has EEI/SED been filed in AES?**   *For U.S. Export Only; Check One*
☐ No EEI/SED required, value $2500 or less per Sch. B Number, no license required (NLR), not subject to ITAR.
☐ No EEI/SED required, enter exemption number: _____  If other than NLR, enter License Exception:
☐ Yes — Enter AES proof of filing citation:

## 4 Express Package Service

Packages up to 150 lbs. / 68 kg
For packages over 150 lbs. (68 kg), use the FedEx Expanded Service Int'l Air Waybill.

☒ **FedEx Int'l. Priority**
☐ **FedEx Int'l. First** Available to select locations. Higher rates apply.
☐ **FedEx Int'l. Economy** FedEx Envelope and FedEx Pak rate not available.

*These unique boxes with special pricing are provided by FedEx for FedEx Int'l. Priority only.*

☐ FedEx Pak   ☐ FedEx Box   ☐ FedEx Tube   ☐ FedEx 10kg Box*   ☐ FedEx 25kg Box*

## 5 Packaging

☒ FedEx Envelope   ☐ FedEx Pak   ☐ FedEx Box   ☐ FedEx Tube   ☐ FedEx 10kg Box*   ☐ FedEx 25kg Box*
☐ Other

## 6 Special Handling

☐ HOLD at FedEx Location    ☐ SATURDAY Delivery *Available to select locations for FedEx Int'l. Priority only.*

## 7a Payment *Bill transportation charges to:*

Enter FedEx Acct. No. or Credit Card No. below.

☒ Sender Acct. No. in Section 1 will be billed.   ☐ Recipient   ☐ Third Party   ☐ Credit Card   ☐ Cash/Check/Cheque

FedEx Acct. No.
Credit Card No.
Credit Card Exp. Date

FedEx Use Only

## 7b Payment *Bill duties and taxes to:*

Enter FedEx Acct. No. below.

☒ Sender Acct. No. in Section 1 will be billed.   ☐ Recipient   ☐ Third Party

FedEx Acct. No.

## 8 Your Internal Billing Reference

First 24 characters will appear on invoice.

03839-55,360 pap___

## 9 Required Signature

Use of this Air Waybill constitutes your agreement to the Conditions of Contract on the back of this Air Waybill, and you represent that this shipment does not require a U.S. State Department License or contain dangerous goods. Certain international treaties, including the Warsaw Convention, may apply to this shipment and limit our liability for damage, loss, or delay, as described in the Conditions of Contract. WARNING: These commodities, technology, or software were exported from the United States in accordance with Export Administration Regulations. Diversion contrary to U.S. law prohibited.

**Sender's Signature:** *[signature]*

ALL shipments may be subject to Customs charges, which FedEx does not estimate prior to clearance.

*This is not authorization to deliver this shipment without a recipient signature.*

For Completion Instructions, see back of fifth page.

**FedEx Tracking Number:** 8611 3283 9997

**Form ID No.**

Ship and track packages at fedex.com

Questions? Go to our Web site at fedex.com. The terms and conditions of service may vary from country to country. Consult our local office for specific information. Non-Negotiable International Air Waybill • ©1994–2006 FedEx
Or in the U.S., call 1.800.247.4747. Outside the U.S., call your local FedEx office.