Track Shipments

Quick Help

# Detailed Results

07CV 3168

| | | | |
|---|---|---|---|
| **Tracking number** | 861132840008 | **Reference** | 03839-55.360 PAP |
| **Signed for by** | .ANNABELL | **Destination** | BENTLEY AU |
| **Ship date** | May 1, 2007 | **Delivered to** | Receptionist/Front Desk |
| **Delivery date** | May 4, 2007 9:58 AM | **Service type** | Priority Envelope |
| | | **Weight** | 0.9 lbs. |

**Status** Delivered

**Signature image available** Yes

U.S. DISTRICT COURT FILED MAY 22 2007 W.P. S.D. OF N.Y.

Proof of Service

| Date/Time | | Activity | Location | Details |
|---|---|---|---|---|
| **May 4, 2007** | 9:58 AM | **Delivered** | BENTLEY AU | |
| | 9:11 AM | On FedEx vehicle for delivery | BELMONT AU | |
| | 8:31 AM | At local FedEx facility | BELMONT AU | |
| **May 3, 2007** | 11:06 PM | In transit | ALEXANDRIA AU | |
| | 6:10 PM | In transit | ALEXANDRIA AU | Package available for clearance |
| **May 2, 2007** | 10:15 AM | In transit | HONOLULU, HI | |
| | 2:10 AM | Departed FedEx location | MEMPHIS, TN | |
| | 12:53 AM | Arrived at FedEx location | MEMPHIS, TN | |
| | 12:05 AM | Departed FedEx location | NEWARK, NJ | |
| **May 1, 2007** | 8:21 PM | Left origin | ELMSFORD, NY | |
| | 5:32 PM | Picked up | ELMSFORD, NY | |

Signature proof | E-mail results | Track more shipments

**Subscribe to tracking updates (optional)**

**Your Name:** **Your E-mail Address:**

| E-mail address | Language | Exception updates | Delivery updates |
|---|---|---|---|
| | English | ☐ | ☐ |
| | English | ☐ | ☐ |
| | English | ☐ | ☐ |
| | English | ☐ | ☐ |

**Select format:** ◉ HTML ○ Text ○ Wireless

**Add personal message:**

Not available for Wireless or non-English characters.

☐ By selecting this check box and the Submit button, I agree to these Terms and Conditions

Submit

# FedEx Express International Air Waybill

For FedEx services worldwide.

**Sender's Copy**

**1 From** *Please print and press hard.*

Date

Sender's FedEx Account Number: 1183-4380-8

Sender's Name: RICHARD M MAHON II — Phone: (845) 565-1100

Company: TARSHIS CATANIA LIBERTH MAHON & MILLIGRAM

Address: ONE CORWIN COURT

Address

City: NEWBURGH — State/Province: NEW YORK

Country: UNITED STATES — ZIP/Postal Code: 12550

**2 To**

Recipient's Name: GREGORY S RIEBE — Phone

Company: C/O ENTREPRENEURS IN RESIDENCE PTY LIMITED

Address — Dept./Floor

Address: 1 SARICH WAY SUITE 4

City: BENTLEY — State/Province: WA

Country: AUSTRALIA — ZIP/Postal Code: 6102

Recipient's Tax ID Number for Customs Purposes
e.g., GST/RFC/VAT/IN/EIN/ABN, or as locally required.

**3 Shipment Information**

☐ For EU Only: Tick here if goods are not in free circulation and provide C.I.

Total Packages (Shipper's Load and Count/SLAC) — Total Weight ☐ lbs. ☐ kg — DIM / / ☐ in. ☐ cm

| Commodity Description DETAIL REQUIRED | Harmonized Code | Country of Manufacture | Value for Customs REQUIRED |
|---|---|---|---|
| LEGAL DOCUMENT | | | $1.00 |

Has EEI/SED been filed in AES? For U.S. Export Only: Check One
☐ No EEI/SED required, value $2,500 or less per Sch. B Number, no license required (NLR), not subject to ITAR.
☐ No EEI/SED required, enter exemption number: — If other than NLR, enter License Exception:
☐ Yes -- Enter AES proof of filing citation:

Total Declared Value for Carriage

Total Value for Customs (Specify Currency): $1.00

**4 Express Package Service**

*Packages up to 150 lbs. / 68 kg.* For packages over 150 lbs. (68 kg), use the FedEx Expanded Service Intl. Air Waybill.

Not all services and options are available to all destinations. Dangerous goods cannot be shipped using this Air Waybill.

XX FedEx Intl. Priority — ☐ FedEx Intl. First (Available to select locations. Higher rates apply.)
☐ — ☐ FedEx Intl. Economy (FedEx Envelope and FedEx Pak rate not available.)

**5 Packaging**

*These unique brown boxes with special pricing are provided by FedEx for FedEx Intl. Priority only.

XX FedEx Envelope — ☐ FedEx Pak — ☐ FedEx Box — ☐ FedEx Tube
☐ Other — ☐ FedEx 10kg Box* — ☐ FedEx 25kg Box*

**6 Special Handling**

☐ HOLD at FedEx Location — ☐ SATURDAY Delivery (Available to select locations for FedEx Intl. Priority only.)

**7a Payment** *Bill transportation charges to:*

XX Sender (Acct. No. in Section 1 will be billed.) — Enter FedEx Acct. No. or Credit Card No. below. ☐ Recipient ☐ Third Party ☐ Credit Card — ☐ Cash Check/Cheque

FedEx Acct. No. — FedEx Use Only

Credit Card No.

Credit Card Exp. Date

**7b Payment** *Bill duties and taxes to:*

ALL shipments may be subject to Customs charges, which FedEx does not estimate prior to clearance.

XX Sender (Acct. No. in Section 1 will be billed.) — Enter FedEx Acct. No. below. ☐ Recipient ☐ Third Party

FedEx Acct. No.

**8 Your Internal Billing Reference** — First 24 characters will appear on invoice.

03839-55,360 pap

**9 Required Signature**

Use of this Air Waybill constitutes your agreement to the Conditions of Contract on the back of this Air Waybill, and you represent that this shipment does not require a U.S. State Department License or contain dangerous goods. Certain international treaties, including the Warsaw Convention, may apply to this shipment and limit our liability for damage, loss, or delay, as described in the Conditions of Contract. WARNING: These commodities, technology, or software were exported from the United States in accordance with Export Administration Regulations. Diversion contrary to U.S. law prohibited.

Sender's Signature: [signature]

*This is not authorization to deliver this shipment without a recipient signature.*

521

For Completion Instructions, see back of fifth page.

FedEx Tracking Number: 8611 3284 0008 — Form ID No. 0402

PART 158410•Rev. Date 4/06 ©1994–2006 FedEx PRINTED IN U.S.A.

**Ship and track packages at fedex.com**

The terms and conditions of service may vary from country to country. Consult our local office for specific information.
Non-Negotiable International Air Waybill • ©1994–2006 FedEx

**Questions? Go to our Web site at fedex.com.**
Or in the U.S., call 1.800.247.4747. Outside the U.S., call your local FedEx office.

RETAIN THIS COPY FOR YOUR RECORDS.

SRF