**Track Shipments**
# Detailed Results

         ? Quick Help

| | | | |
|---|---|---|---|
| **Tracking number** | 861132839986 | **Reference** | 03839-55.360 PAP |
| **Signed for by** | .ANNABELL | **Destination** | BENTLEY AU |
| **Ship date** | May 1, 2007 | **Delivered to** | Receptionist/Front Desk |
| **Delivery date** | May 4, 2007 9:58 AM | **Service type** | Priority Envelope |
| | | **Weight** | 0.9 lbs. |
| **Status** | Delivered | | |
| **Signature image available** | Yes | | |

07CV3168

U.S. DISTRICT COURT FILED MAY 22 2007 S.D. W.P. OF N.Y.

*Proof of Service*

| Date/Time | | Activity | Location | Details |
|---|---|---|---|---|
| May 4, 2007 | 9:58 AM | Delivered | BENTLEY AU | |
| | 9:11 AM | On FedEx vehicle for delivery | BELMONT AU | |
| | 8:32 AM | At local FedEx facility | BELMONT AU | |
| May 3, 2007 | 11:06 PM | In transit | ALEXANDRIA AU | |
| | 6:46 PM | In transit | ALEXANDRIA AU | Package available for clearance |
| May 2, 2007 | 10:15 AM | In transit | HONOLULU, HI | |
| | 2:11 AM | Departed FedEx location | MEMPHIS, TN | |
| | 12:53 AM | Arrived at FedEx location | MEMPHIS, TN | |
| | 12:05 AM | Departed FedEx location | NEWARK, NJ | |
| May 1, 2007 | 8:21 PM | Left origin | ELMSFORD, NY | |
| | 5:32 PM | Picked up | ELMSFORD, NY | |

[ Signature proof ]    [ E-mail results ]    [ Track more shipments ]

**Subscribe to tracking updates (optional)**

Your Name: _____    Your E-mail Address: _____

| E-mail address | Language | Exception updates | Delivery updates |
|---|---|---|---|
| | English | ☐ | ☐ |
| | English | ☐ | ☐ |
| | English | ☐ | ☐ |
| | English | ☐ | ☐ |

**Select format:** ● HTML ○ Text ○ Wireless
**Add personal message:**

Not available for Wireless or non-English characters.

☐ By selecting this check box and the Submit button, I agree to these <u>Terms and Conditions</u>    Submit

**RETAIN THIS COPY FOR YOUR RECORDS.**         SRF

Sender's Copy

Not all services and options are available to all destinations. Dangerous goods cannot be shipped using this Air Waybill.

PART 158410•Rev. Date 4/06
©1994–2006 FedEx
PRINTED IN U.S.A.

521
0402

# FedEx International Air Waybill
Express  For FedEx services worldwide.

**1 From** Please print and press hard.

Date: [illegible]
Sender's FedEx Account Number: 1183-4380-8
Sender's Name: RICHARD M MAHON II          Phone: (845) 565-1100
Company: TARSHIS CATANIA LIBERTH MAHON & MILLIGRAM
Address: ONE CORWIN COURT
City: NEWBURGH                State/Province: NEW YORK
Country: UNITED STATES         ZIP Postal Code: 12550

**2 To**
Recipient's Name:                           Phone:
Company: ENTREPRENEURS IN RESIDENCE PTY LIMITED
Address: 1 SARICH WAY                       Dept./Floor:
Address: TECHNOLOGY PARK
City: BENTLEY                  State/Province: WA
Country: AUSTRALIA              ZIP Postal Code: 6102

Recipient's Tax ID Number for Customs Purposes
e.g., GST/RFC/VAT/IN/EIN/ABN, or as locally required.

**3 Shipment Information**
Total Packages: [1]  Total Weight: [ ] lbs/kg   DIM: [ ]/[ ]/[ ] in/cm

Commodity Description DETAIL REQUIRED: LEGAL DOCUMENT [COMPLETE DESCRIPTION]
Harmonized Code: [ ]   Country of Manufacture: [ ]   Value for Customs REQUIRED: $1.00
Total Declared Value for Carriage: [ ]   Total Value for Customs (Specify Currency): $1.00

Has EEI/SED been filed in AES? [ ] No EEI/SED required, value $2500 or less per Sch. B Number...
[ ] No EEI/SED required, enter exemption number:
[ ] Yes – Enter AES proof of filing citation:

**4 Express Package Service**
Packages up to 150 lbs./68 kg
[X] FedEx Intl. Priority
[ ] FedEx Intl. First
[ ] FedEx Intl. Economy

**5 Packaging**
[X] FedEx Envelope   [ ] FedEx Pak   [ ] FedEx Box   [ ] FedEx Tube
[ ] Other            [ ] FedEx 10kg Box   [ ] FedEx 25kg Box

**6 Special Handling**
[ ] HOLD at FedEx Location   [ ] SATURDAY Delivery

**7a Payment** Bill transportation charges to:
[X] Sender Acct. No. in Section 1 will be billed.
[ ] Recipient   [ ] Third Party   [ ] Credit Card   [ ] Cash/Check/Cheque
FedEx Acct. No.:
Credit Card No.:
Credit Card Exp. Date:

**7b Payment** Bill duties and taxes to:
[X] Sender Acct. No. in Section 1 will be billed.
[ ] Recipient   [ ] Third Party
FedEx Acct. No.:

**8 Your Internal Billing Reference**
03839-55,360 pap[illegible]

**9 Required Signature**
Signature: [signature]

FedEx Tracking Number: 8611 3283 9986       Form ID No.:

For Completion Instructions, see back of fifth page.

Ship and track packages at fedex.com
Questions? Call 1.800.247.4747. Outside the U.S., call your local FedEx office.