**Track Shipments**
## Detailed Results

(?) Quick Help

| | | | |
|---|---|---|---|
| **Tracking number** | 861132839975 | **Reference** | 03839-55.360 PAP |
| **Signed for by** | .CHRIS | **Destination** | BALCATTA AU |
| **Ship date** | May 1, 2007 | **Delivered to** | Receptionist/Front Desk |
| **Delivery date** | May 4, 2007 12:40 PM | **Service type** | Priority Envelope |
| | | **Weight** | 0.9 lbs. |

07 CV 3168

| **Status** | Delivered |
|---|---|
| **Signature image available** | Yes |

[Stamp: U.S. DISTRICT COURT FILED MAY 22 2007 S.D. OF N.Y. W.P.]

Proof of Service

| Date/Time | | Activity | Location | Details |
|---|---|---|---|---|
| May 4, 2007 | 12:40 PM | Delivered | BALCATTA AU | |
| | 12:40 PM | Delivery exception | BELMONT AU | Customer not available or business closed |
| | 8:59 AM | On FedEx vehicle for delivery | BELMONT AU | |
| | 8:30 AM | At local FedEx facility | BELMONT AU | |
| May 3, 2007 | 11:06 PM | In transit | ALEXANDRIA AU | |
| | 6:18 PM | In transit | ALEXANDRIA AU | Package available for clearance |
| May 2, 2007 | 10:15 AM | In transit | HONOLULU, HI | |
| | 2:10 AM | Departed FedEx location | MEMPHIS, TN | |
| | 12:53 AM | Arrived at FedEx location | MEMPHIS, TN | |
| | 12:05 AM | Departed FedEx location | NEWARK, NJ | |
| May 1, 2007 | 8:21 PM | Left origin | ELMSFORD, NY | |
| | 5:32 PM | Picked up | ELMSFORD, NY | |

[ Signature proof ]  [ E-mail results ]  [ Track more shipments ]

**Subscribe to tracking updates (optional)**

| Your Name: | | Your E-mail Address: | |
|---|---|---|---|
| **E-mail address** | **Language** | **Exception updates** | **Delivery updates** |
| | English | ☐ | ☐ |
| | English | ☐ | ☐ |
| | English | ☐ | ☐ |
| | English | ☐ | ☐ |

**Select format:** ◉ HTML ○ Text ○ Wireless
**Add personal message:**
Not available for Wireless or non-English characters.

☐ By selecting this check box and the Submit button, I agree to these Terms and Conditions    Submit

# FedEx International Air Waybill
## Express — For FedEx services worldwide.

**Sender's Copy**

**1 From** *Please print and press hard.*

Date: [illegible]

Sender's Name: RICHARD M MAHON II
Phone: (845) 565-1100

Sender's FedEx Account Number: 1183-4380-8

Company: TARSHIS CATANIA LIBERTH MAHON & MILLIGRAM

Address: ONE CORWIN COURT

City: NEWBURGH    State/Province: NEW YORK    ZIP: 12550

Country: UNITED STATES

**2 To**

Recipient's Name: [blank]

Phone: [blank]

Company: ST SYNERGY LIMITED

Address: 17 FOLEY STREET SUITE 2

Dept./Floor: [blank]

City: BALCATTA    State/Province: WA    ZIP Postal Code: 6021

Country: AUSTRALIA

Recipient's Tax ID Number for Customs Purposes (e.g. GST/RFC/VAT/IN/EIN/ABN, or as locally required): [blank]

**3 Shipment Information**

Total Packages: [blank]    Total Weight: [blank] lbs/kg    DIM: [blank]

For EU Only: Tick here if goods are not in free circulation and provide C.I. ☐

Commodity Description / DETAIL REQUIRED: LEGAL DOCUMENT

Harmonized Code: [blank]    Country of Manufacture: [blank]    Value for Customs REQUIRED: $1.00

Total Declared Value for Carriage: $1.00

Total Value for Customs (Specify Currency): $1.00

U.S. EEI/SED been filed in AES? ☐ No EEI/SED required, value $2,500 or less per Sch. B Number. ☐ No license required (NLR), not subject to ITAR. ☐ If other than NLR, enter License Exception: _____ ☐ Yes — Enter AES proof of filing citation: _____

**4 Express Package Service**

☒ FedEx Int'l Priority
☐ FedEx Int'l. First — *For packages over 150 lbs. (68 kg) use the FedEx Expanded Service Int'l Air Waybill.*
☐ FedEx Int'l. Economy — *Higher rates apply. FedEx Envelope and FedEx Pak rates not available.*

**5 Packaging**

☒ FedEx Envelope    ☐ FedEx Pak    ☐ FedEx Box    ☐ FedEx Tube
☐ Other    ☐ FedEx 10kg Box*    ☐ FedEx 25kg Box*

*These unique brown boxes with special pricing are provided by FedEx for FedEx Int'l. Priority only.*

**6 Special Handling**

☐ HOLD at FedEx Location — Available to select locations for FedEx Int'l Priority only.
☐ SATURDAY Delivery

**7a Payment** *Bill transportation charges to:*

☒ Sender Acct. No. in Section 1 will be billed.
☐ Recipient    ☐ Third Party    ☐ Credit Card    ☐ Cash/Cheque

Enter FedEx Acct. No. or Credit Card No. below: [blank]

FedEx Acct. No.: [blank]    Credit Card No.: [blank]

*FedEx Use Only*

**7b Payment** *Bill duties and taxes to:*

☒ Sender Acct. No. in Section 1 will be billed.
☐ Recipient    ☐ Third Party

FedEx Acct. No.: [blank]

Credit Card No.: [blank]    Credit Card Exp. Date: [blank]

**8 Your Internal Billing Reference** *First 24 characters will appear on invoice.*

03839-55,360 pap[illegible]

**9 Required Signature**

Sender's Signature: [signature: Richard M Mahon]

*This is not authorization to deliver this shipment without a recipient signature.*

FedEx Tracking Number: 8611 3283 9975    Form ID No.: [blank]

*For Completion Instructions, see back of fifth page.*

Ship and track packages at fedex.com

Questions? Go to our Web site at fedex.com
Or in the U.S., call 1.800.247.4747. Outside the U.S., call your local FedEx office.

*The terms and conditions of service may vary from country to country. Consult our local office for specific information.*
*Non-Negotiable International Air Waybill • ©1994–2006 FedEx*

PART 158410 • Rev. Date 4/06
©1994–2006 FedEx
PRINTED IN U.S.A.    0402

521

RETAIN THIS COPY FOR YOUR RECORDS.

SRF