# TARSHIS, CATANIA, LIBERTH, MAHON & MILLIGRAM, PLLC
### ATTORNEYS AND COUNSELLORS AT LAW

STEVEN L. TARSHIS, L.L.M. Taxation
JOSEPH A. CATANIA, JR.
RICHARD F. LIBERTH
RICHARD M. MAHON, II
STEVEN I. MILLIGRAM

BANKRUPTCY COUNSEL
LAWRENCE M. KLEIN

OF COUNSEL
ERICA LEVINE POWERS, L.L.M. Taxation

ONE CORWIN COURT
POST OFFICE BOX 1479
NEWBURGH, NEW YORK 12550
(845) 565-1100
1-800-344-5655

FAX (845) 565-1999
(FAX SERVICE NOT ACCEPTED)

E-MAIL tclmm@tclmm.com
www.tclmm.com

RALPH L. F. GLIELLE, JR.
JOHN D. MEEHAN
HOBART J. SIMPSON
RHETT D. WEIRES
MARK L. SCHUH
PAUL S. ERNENWEIN
NICHOLAS A. PASCALE
JULIA GOINGS-PERROT
DANIEL I. SULLIVAN
PATRICIA S. PEREZ
JASON D. MINARD
LYNN A. VISCOPO
ERIC A. STEWART

WRITER'S DIRECT NO.
(845) 569-4398

WRITER'S E-MAIL
jminard@tclmm.com

## MEMO ENDORSED

May 23, 2007

<u>VIA FACSIMILE ONLY TO 914-390-4180</u>
Hon. Stephen C. Robinson
U.S. District for the Southern District of New York
300 Quarropas Street
White Plains, NY 10601

      Re:    Kehoe vs. Panorama Labs - Contract Dispute
              Civil Action No. 07-cv-3168 (SCR)
              Our File No.   03839-55360

Dear Judge Robinson:

      This firm represents the plaintiffs in the above matter. Plaintiffs granted defendants an extension of time to answer or otherwise move with respect to the summons and complaint by June 22, 2007. Pursuant to the directive of your chambers, I submit this letter to confirm that the Scheduling Order shall now be due on June 22nd as well.

      Should you have any questions, please call me. Thank you.

APPLICATION GRANTED

Very truly yours,

Stephen C. Robinson
HON. STEPHEN C. ROBINSON
5/25/07

JASON D. MINARD

JM/402497
cc:    Robert P. Lewis, Esq. at Baker & McKenzie LLP – <u>VIA FACSIMILE TO 212-310-1600</u>
       Richard M. Mahon, II, Esq.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: