

**Sonnenschein**
SONNENSCHEIN NATH & ROSENTHAL LLP

1221 Avenue of the Americas
New York, NY 10020-1089
212.768.6700
212.768.6800 fax
www.sonnenschein.com

**Arthur H. Ruegger**
212.768.6881
aruegger@sonnenschein.com

June 12, 2007

VIA FACSIMILE

# MEMO ENDORSED

Chambers of the Hon. Stephen C. Robinson
United States District Court
  For the Southern District of New York
300 Quarropas Street
White Plains, N.Y. 10601

    Re:  Kehoe, *et al.* v.
          Panorama Labs Pty, Ltd., *et al.*
          <u>No. 07 Civ. 3168 (SCR) (S.D.N.Y.)</u>

Dear Judge Robinson:

      This firm is counsel to two defendants in the above action, ST Synergy Ltd. and Mr. John Athans. With the agreement of counsel to all the other parties we are writing to request adjournments of the deadlines for defendants to move or otherwise respond to the complaint and for submission of the Scheduling Order (both currently set for June 22, 2007) to July 27, 2007.

      The only previous adjournment of the deadline for defendants to respond to the complaint, and the deadline for all parties to submit a proposed Scheduling Order, to June 22, 2007, was requested by letter dated May 23, 2007, from plaintiffs' counsel, and granted by Your Honor's endorsement on May 25, 2007.

      The reason for this request is so that service of process may be completed. All of the defendants are located in Western Australia, where the time is 12 hours different than New York's. This time difference and distance present logistical challenges for gathering information and effecting service. In addition, we understand Australia is not a signatory to the Hague Convention on the Service Abroad of Judicial and Extrajudicial Documents, and consequently, absent court order to the contrary, under Fed. R. Civ. P. 4(f)(2) service must be made in the manner prescribed by the law of Western Australia. Counsel have investigated the requirements of Western Australia law and the facts related to the attempted service. We understand that only

APPLICATION GRANTED
/s/ Stephen C. Robinson  6/14/07
HON. STEPHEN C. ROBINSON



USDC SDNY
DOC...
...ILED

Brussels    Charlotte    Chicago    Dallas    Kansas City    Los Angeles    New York    Phoenix    St. Louis
San Francisco    Short Hills, N.J.    Silicon Valley    Washington, D.C.    West Palm Beach


SONNENSCHEIN NATH & ROSENTHAL LLP

Hon. Stephen C. Robinson
June 12, 2007
Page 2

one of the six defendants has been served to date. Counsel for the plaintiffs believes that the requested adjournment to July 27, 2007, should allow sufficient time to effect service on the remaining defendants.

If these adjournments are acceptable, we understand from Chambers that Your Honor may follow the same practice as with the above letter, endorsing this letter before filing with the clerk. If Your Honor requires a proposed stipulation and order, or a different procedure, please advise us and we will promptly comply.

We appreciate Your Honor's consideration of this request.

Respectfully submitted,

SONNENSCHEIN NATH & ROSENTHAL LLP

By: _____
         Arthur H. Ruegger (AR 8329)

cc:    Richard M. Mahon, II, Esq. (Fax: 845-565-1999)
           Counsel to Plaintiffs
       Robert P. Lewis, Esq. (Fax: 212-310-1600)
           Counsel to remaining defendants

17564479\V-1