Baker & McKenzie LLP
1114 Avenue of the Americas
New York, New York 10036, USA

Tel: +1 212 626 4100
Fax: +1 212 310 1600
www.bakernet.com

U.S. DISTRICT COURT FILED AUG 20 2007 W.P. S.D. OF N.Y.

# MEMO ENDORSED

August 16, 2007

Asia
Pacific
Bangkok
Beijing
Hanoi
Ho Chi Minh City
Hong Kong
Jakarta
Kuala Lumpur
Manila
Melbourne
Shanghai
Singapore
Sydney
Taipei
Tokyo

Europe &
Middle East
Almaty
Amsterdam
Antwerp
Bahrain
Baku
Barcelona
Berlin
Bologna
Brussels
Budapest
Cairo
Dusseldorf
Frankfurt / Main
Geneva
Kyiv
London
Madrid
Milan
Moscow
Munich
Paris
Prague
Riyadh
Rome
St. Petersburg
Stockholm
Vienna
Warsaw
Zurich

North & South
America
Bogota
Brasilia
Buenos Aires
Calgary
Caracas
Chicago
Chihuahua
Dallas
Guadalajara
Houston
Juarez
Mexico City
Miami
Monterrey
New York
Palo Alto
Porto Alegre
Rio de Janeiro
San Diego
San Francisco
Santiago
Sao Paulo
Tijuana
Toronto
Valencia
Washington, DC

Robert P. Lewis
Tel: +1 212 891 3532
Fax: +1 212 310 1632
Robert.P.Lewis@bakernet.com

**VIA FACSIMILE**

The Honorable Stephen C. Robinson
United States District Court
    For the Southern District of New York
300 Quarropas Street
White Plains, N.Y. 10601

Re:    Kehoe, et al. v. Panorama Labs Pty, Ltd., et al.
       No. 07 Civ. 3168 (SCR) (S.D.N.Y.)

Dear Judge Robinson:

We represent, among others, defendant Panorama Labs Pty Ltd. ("Panorama"). We write to inform the Court that, on July 31, 2007, Panorama's Board of Directors resolved to appoint an Administrator pursuant to Australian law because Panorama is insolvent and that, in accordance therewith, any Administrator has been duly appointed to oversee Panorama's affairs, including resolving claims of Panorama's creditors. We enclose a copy of the Administrator's undertaking. This action is the Australian equivalent to a voluntary bankruptcy filing under Chapter 11 of the U.S. Bankruptcy Code.

Under Australian law, all proceedings commenced in at least Australia against Panorama are automatically stayed. While Panorama believes that strong grounds exist to authorize this Court to stay the instant lawsuit, we also believe that, if Panorama is required to take additional steps to obtain an Order from the Court staying this action, causing Panorama to take those steps may be premature and surely would result in dissipation of Panorama's limited assets. The reason why we believe such a step may be premature is that the parties, through their respective counsel, have engaged in settlement discussions. Although those discussions have not yet resulted in a mutually acceptable resolution of this action, we believe that, with the Court's assistance, the parties may be able to obtain that goal.

Accordingly, on behalf of Panorama, we respectfully request that the Court schedule a conference amongst all parties to discuss settlement pursuant to Your Honor's Individual Practice Rule 4, or, if appropriate, to refer this matter to a Magistrate

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _____

Baker & McKenzie LLP is a member of Baker & McKenzie International, a Swiss Verein.

Judge for settlement purposes. We also request that, in light of the above, the Court suspend the current motion briefing schedule pending such settlement efforts.

Counsel for plaintiffs and counsel for defendants ST Synergy Ltd. and John Athans join in this request.

Respectfully submitted,

Robert P. Lewis

cc:   Richard M. Mahon, II, Esq.
      Jason Minard, Esq.
      (Fax: 845-565-1999)
      Counsel for Plaintiffs

      Arthur H. Ruegger, Esq.
      (Fax: 212.768.6800)
      Counsel for Defendants ST Synergy Ltd. and John Athans

NYCDMS/1056427.1

> Current briefing schedule is suspended pending proposed settlement conference. The parties shall confer and submit a new proposed briefing schedule should settlement talks be unsuccessful.
>
> APPLICATION GRANTED
> Stephen C. Robinson
> _____
> HON. STEPHEN C. ROBINSION
> 8/20/07

The Honorable Stephen C. Robinson      - 2 -
August 16, 2007