UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X

Kehoe, et al.
                  Plaintiff(s)

v.

Panorama Labs Pty, Ltd., et al.

                  Defendants(s)
------------------------------------------------------------------X

**ORDER OF REFERENCE
TO A MAGISTRATE JUDGE**

07 CV 3168 (SCR)(GAY)

The above entitled action is referred to the designated Magistrate Judge for the following purpose(s):

\_\_ General Pretrial (includes scheduling, discovery, non-dispositive pretrial motions, and settlement)

\_\_ Specific Non-Dispositive Motion/Dispute:*

_____

If referral is for discovery disputes when the District Judge is unavailable, the time period of the referral:_____

X  Settlement*

\_\_ Inquest After Default/Damages Hearing

\_\_ For jury selection

\_\_ Habeas Corpus

\_\_ Social Security

\_\_ Consent under 28 U.S.C. §636(c) for all purposes (including trial)

\_\_ Consent under 28 U.S.C. §636(c) for limited purpose (e.g., dispositive motion, preliminary injunction)

Purpose:_____

_____

\_\_ Dispositive Motion (i.e., motion requiring a Report and Recommendation)

Particular Motion:_____

All such motions:_____

\* Do not check if already referred for general pretrial.

DATED:    White Plains, New York

        8/20/07

**SO ORDERED.**

*Stephen C. Robinson*

United States District Judge
Stephen C. Robinson