# TARSHIS, CATANIA, LIBERTH, MAHON & MILLIGRAM, PLLC
### ATTORNEYS AND COUNSELLORS AT LAW

STEVEN L. TARSHIS, L.L.M. Taxation
JOSEPH A. CATANIA, JR.
RICHARD F. LIBERTH
RICHARD M. MAHON, II
STEVEN I. MILLIGRAM

BANKRUPTCY COUNSEL
LAWRENCE M. KLEIN

ONE CORWIN COURT
POST OFFICE BOX 1479
NEWBURGH, NEW YORK 12550
(845) 565-1100
1-800-344-5655

FAX (845) 565-1999
(FAX SERVICE NOT ACCEPTED)

E-MAIL tclmm@tclmm.com
www.tclmm.com

RALPH L. PUGLIELLE, JR.
JOHN D. MINEHAN
HOBART J. SIMPSON
RICHARD WEIRES
MARK L. SCHUH
PAUL S. ERNENWEIN
NICHOLAS A. PASCALE
JULIA GOINGS-PERROT
DANIEL F. SULLIVAN
PATRICIA S. PEREZ
JASON D. MINARD
LYNN A. PISCOPO

WRITER'S DIRECT NO.
(845) 569-4330

WRITER'S E-MAIL
rmahon@tclmm.com

*Granted*

**SO ORDERED:** 9/28/07

Hon. George A. Yanthis
United States Magistrate Judge.

September 24, 2007

Hon. George A. Yanthis
United States Magistrate Judge
U.S. Courthouse
300 Quarropas Street
White Plains, New York 10601

    Re:    Kehoe and Urquhart v. Panorama Labs Pty, Limited, et al.
           Civil Action No. 07-cv-3168 (SCR) (GAY)
           Our File No. 03839-55,360

Dear Magistrate Judge Yanthis:

    This firm represents the plaintiffs in the above matter. I appeared before you personally with the plaintiffs, James Kehoe and Duncan Urquhart on Wednesday, September 12, 2007. Robert P. Lewis, Esq. of Baker & McKenzie in New York appeared on behalf of Panorama and Ian Spenceley. Arthur H. Ruegger, Esq. with Sonnenchein Nath & Rosenthal in New York appeared on behalf of defendants ST Synergy Limited, Entrepreneurs in Residence PTY, Riebe and Athans.

    The purpose of the conference was to discuss settlement with a view to reaching resolution at an early juncture before engaging in detailed motion practice. I thank your Honor again for your efforts during the settlement conference.

    At the end of the conference, your Honor directed us to continue discussing settlement during the following two weeks. You also directed me, as plaintiffs' counsel, to fax a letter to you indicating if we were successful in the settlement process by or before Wednesday, September 26, 2007. Likewise, if we are not able to reach settlement, we must furnish Judge Robinson with a motion submission schedule by or before Friday, September 28, 2007.

    Because of my own Court schedule and other vacation conflicts, I am writing to request an extension of time in that schedule in order to review the settlement issues with my clients in greater detail. In addition, an important meeting of Creditors of Panorama is scheduled for