**BAKER & MCKENZIE**

Baker & McKenzie LLP
1114 Avenue of the Americas
New York, New York 10036, USA

Tel: +1 212 626 4100
Fax: +1 212 310 1600
www.bakernet.com

Robert P. Lewis
Tel: +1 212 891 3532
Fax: +1 212 310 1632

Robert.P.Lewis@bakernet.com

October 24, 2007

Asia
Pacific
Bangkok
Beijing
Hanoi
Ho Chi Minh City
Hong Kong
Jakarta
Kuala Lumpur
Manila
Melbourne
Shanghai
Singapore
Sydney
Taipei
Tokyo

Europe &
Middle East
Almaty
Amsterdam
Antwerp
Bahrain
Baku
Barcelona
Berlin
Bologna
Brussels
Budapest
Cairo
Dusseldorf
Frankfurt / Main
Geneva
Kyiv
London
Madrid
Milan
Moscow
Munich
Paris
Prague
Riyadh
Rome
St. Petersburg
Stockholm
...
Warsaw
Zurich

North & South
America
Bogota
Brasilia
Buenos Aires
Caracas
Chicago
Chihuahua
Dallas
Guadalajara
Houston
Juarez
Mexico City
Miami
Monterrey
New York
Palo Alto
Porto Alegre
Rio de Janeiro
San Diego
San Francisco
Santiago
Sao Paulo
Tijuana
Toronto
Valencia
Washington, DC

**VIA FACSIMILE AND FEDERAL EXPRESS**

The Honorable George A. Yanthis
United States District Court
   For the Southern District of New York
300 Quarropas Street, Room 118
White Plains, N.Y. 10601

Re:   Kehoe, *et al.* v. Panorama Labs Pty, Ltd., *et al.*
      No. 07 Civ. 3168 (SCR) (S.D.N.Y.)

Dear Magistrate Judge Yanthis:

On behalf of all parties, we write to request that the Court adjourn today's deadline by which the parties are to inform the Court whether or not they have been able to achieve a resolution of the captioned action. We are pleased to report that the parties have engaged in meaningful settlement discussions but require a limited amount of additional time to ascertain whether mutually acceptable settlement terms can be obtained. We are, of course, cognizant that the parties have made a prior similar request. However, this case presents some unusual circumstances because of the pending Australian administration of defendant Panorama Labs Pty. Ltd. At the most recent creditors' meeting, it was decided to wind up Panorama. As a consequence, Panorama will cease to be a going concern and its assets available for distribution to creditors will be limited. Accordingly, any continued litigation expenses incurred by Panorama's administrator will necessarily deplete the assets available for creditors.

Consequently, all parties request that the Court adjourn (a) the deadline for reporting on the status of settlement talks to November 21, 2007, and (b) if no settlement has been reached by that date, the deadline for submission of a motion briefing schedule to Judge Robinson to November 28, 2007. If this proposal is acceptable, we assume an endorsement to that effect on this letter will suffice.

*Application is granted*

ORDERED:

George A. Yanthis
States Magistrate Judge

10/25/07

Baker & McKenzie LLP is a member of Baker & McKenzie International, a Swiss Verein.