

# Sonnenschein
SONNENSCHEIN NATH & ROSENTHAL LLP

**MEMO ENDORSED**

1221 Avenue of the Americas
New York, NY 10020-1089
212.768.6700
212.768.6800 fax
www.sonnenschein.com

*Arthur H. Ruegger*
212.768.6881
aruegger@sonnenschein.com

November 20, 2007

**VIA FACSIMILE**

Chambers of the Hon. George A. Yanthis
United States District Court
  For the Southern District of New York
300 Quarropas Street
White Plains, N.Y. 10601

> Re:  Kehoe, *et al.* v.
>      Panorama Labs Pty, Ltd., *et al.*
>      <u>No. 07 Civ. 3168 (SCR) (S.D.N.Y.)</u>

Dear Magistrate Judge Yanthis:

On behalf of all parties, we write to request that the Court adjourn tomorrow's deadline by which the parties are to inform the Court whether they have settled this action. The parties have requested two adjournments prior to this, but all parties have actively pursued settlement discussions since the last requested adjournment. Significant progress has been made, and we are close to a resolution. As Your Honor may recall, the pending Australian administration of defendant Panorama Labs Pty. Ltd. and the defendants' location in Australia have necessarily delayed the process of communications and obtaining the requisite approvals. Nevertheless, we believe we are close and should be able to resolve the case in the next weeks.

Consequently, all parties request that the Court adjourn (a) to December 12, 2007, the deadline for reporting on the progress of settlement talks, and (b) to December 19, 2007, the deadline for submission of a motion briefing schedule to Judge Robinson, if no settlement has been reached by December 12th.

APPLICATION GRANTED
SO ORDERED: *[signature]*
GEORGE A. YANTHIS, USMJ
11/26/07

Brussels   Charlotte   Chicago   Dallas   Kansas City   Los Angeles   New York   Phoenix   St. Louis
    San Francisco   Short Hills, N.J.   Silicon Valley   Washington, D.C.   West Palm Beach