# BAKER & McKENZIE

Baker & McKenzie LLP
1114 Avenue of the Americas
New York, New York 10036, USA

Tel: +1 212 626 4100
Fax: +1 212 310 1600
www.bakernet.com

Asia
Pacific
Bangkok
Beijing
Hanoi
Ho Chi Minh City
Hong Kong
Jakarta
Kuala Lumpur
Manila
Melbourne
Shanghai
Singapore
Sydney
Taipei
Tokyo

Europe &
Middle East
Almaty
Amsterdam
Antwerp
Bahrain
Baku
Barcelona
Berlin
Bologna
Brussels
Budapest
Cairo
Dusseldorf
Frankfurt / Main
Geneva
Kyiv
London
Madrid
Milan
Moscow
Munich
Paris
Prague
Riyadh
Rome
St. Petersburg
Stockholm
Vienna
Warsaw
Zurich

North & South
America
Bogota
Brasilia
Buenos Aires
Caracas
Chicago
Chihuahua
Dallas
Guadalajara
Houston
Juarez
Mexico City
Miami
Monterrey
New York
Palo Alto
Porto Alegre
Rio de Janeiro
San Diego
San Francisco
Santiago
Sao Paulo
Tijuana
Toronto
Valencia
Washington, DC

VIA FACSIMILE
AND FEDERAL EXPRESS

December 17, 2007

The Honorable George A. Yanthis
United States District Court
For the Southern District of New York
300 Quarropas Street, Room 118
White Plains, N.Y. 10601

Re: Kehoe, et al. v. Panorama Labs Pty, Ltd., et al.
No. 07 Civ. 3168 (SCR) (S.D.N.Y.)

Dear Magistrate Judge Yanthis:

This confirms our advice to Your Honor's Chambers on December 12, 2007 that the parties have reached agreement in principle on the terms for a settlement of the captioned action. The time needed to finalize and execute the settlement papers, however, may be longer than normally expected, due to the logistical and legal challenges resulting from defendant Panorama being in administration/liquidation in Perth and the other settling defendants also being located in Australia. The parties consequently request that the Court either enter a 60-day order pursuant to which the case will be dismissed with leave to reopen if the settlement is not finalized within that time period or, alternatively, place the case on the Court's suspense calendar pending the finalization of the settlement.

The parties take this opportunity to thank the Court for its continued assistance in this matter.

Respectfully submitted,

Robert P. Lewis

RPL:

cc: Arthur H. Ruegger, Esq. (by e-mail)
Richard Mahon, Esq. (by e-mail)

**MEMO ENDORSED**

12/20/07

If Stipulation of dismissal is not submitted within 60 days, advise Court in writing of status.

SO ORDERED.
George A. Yanthis
USMJ  12/20/07

NYCDMS/1070832.1

Baker & McKenzie LLP is a member of Baker & McKenzie International, a Swiss Verein.