

Robert P. Lewis (RL 6321)
**BAKER & McKENZIE LLP**
1114 Avenue of the Americas
New York, New York 10036
(212) 751-5700
Attorneys for Defendants Panorama Labs Pty Limited (in liquidation) (formerly known as PanoramaFlat Limited, Pty) and Ian Spenceley

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JAMES L. KEHOE and DUNCAN URQUHART,<br><br>Plaintiffs,<br><br>-against-<br><br>PANORAMA LABS PTY, LIMITED, PANORAMAFLAT LIMITED, ST SYNERGY LIMITED, ENTREPRENEURS IN RESIDENCE PTY, LIMITED, GREGORY S. RIEBE, IAN SPENCELEY and JOHN ATHANS,<br><br>Defendants. | 07 CIV. 3168 (SCR)<br><br>**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE** |

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned counsel for plaintiffs James L. Kehoe and Duncan Urquhart, and the undersigned counsel for defendants Panorama Labs Pty, Limited (in liquidation) (formerly know as PanoramaFlat Limited), ST Synergy Limited, Entrepreneurs In Residence Pty, Limited, Gregory S. Riebe, Ian Spenceley and John Athans, that the captioned action be, and hereby is, dismissed with prejudice, each party to bear his/its own costs.

Dated: New York, New York
April 8, 2008



NYCDMS/1076744.1

**TARSHIS, CATANIA, LIBERTH, MAHON & MILLIGRAM, PLLC**

Attorneys for Plaintiffs James L. Kehoe and Duncan Urquhart

By: _____
    Richard M. Mahon, II (RM 9260)

One Corwin Court
P.O. Box 1479
Newburgh, New York 12550
(845) 565-1100


**BAKER & McKENZIE LLP**

Attorneys for Defendants Panorama Labs Pty Limited (in liquidation) (formerly known as PanoramaFlat Limited, Pty) and Ian Spenceley

By: _____
    Robert P. Lewis (RL 6321)

1114 Avenue of the Americas
New York, New York 10036
(212) 626-4100


**SONNENSCHEIN NATH & ROSENTHAL LLP**

Attorneys for Defendants ST Synergy Limited, Entrepreneurs In Residence Pty, Limited, Gregory S. Riebe and John Athans

By: _____
    Arthur H. Ruegger (AR 8329)

1221 Avenue of the Americas
New York, NY 10020-1089
(212) 768-6700

SO ORDERED:

_____
U.S.D.J.

Dated: April 17, 2008
White Plains, NY